IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-HC-2170-BO

| | | |
|---|---|---|
| VICTOR BERNARD PERKINS,<br>Petitioner, | )<br>)<br>) | |
| v. | )<br>) | **ORDER** |
| UNITD STATES OF AMERICA,<br>Respondent. | )<br>)<br>) | |

On June 1, 2009, Victor Bernard Perkins ("petitioner"), a federal inmate, petitioned this court for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On August 2, 2010, the case was transferred to this court from the United States District Court for the District of Minnesota [D.E. 1 -44]. On March 11, 2011, the court entered an order dismissing the petition and the case was closed [D.E. 49]. Approximately 11 months after the case was dismissed and closed, petitioner has filed a "motion to release movant upon his own personal recognizance pursuant to rule 23© of the FRAP" [D.E. 51]. The case is CLOSED and the motion is UNTIMELY and DENIED [D.E. 51].

SO ORDERED. This &&-day of March 2012.

TERRENCE W. BOYLE
United States District Judge